Criminal Std (6/13/2012)

HONORABLE: **Sarah A. L. Merriam**
DEPUTY CLERK **A. Caffrey**
RPTR/ECRO/TAPE **FTR - CR5**
USPO **Robert Bouffard**
INTERPRETER _____

TOTAL TIME: ___ hours **22** minutes

DATE: **8/30/2017**   START TIME: **6:11**   END TIME: **6:33**

## COURTROOM MINUTES

- ☒ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☐ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☒ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☐ STATUS CONF
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☒ MOTION HRG

CRIMINAL NO. **3:17mj1418(WIG)**   DEFT # _____

**UNITED STATES OF AMERICA**
vs
**Fareed Khan**

**Vanessa Richards**
AUSA

**Tracy Hayes**
Counsel for Defendant Ret ☐ CJA ☐ PDA ☒

- ☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☒ ....... ☒ Arrest Date (CT Case): **8/30/2017**   ☒ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
- ☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ...... Order Appointing Federal Public Defender's Office filed
- ☒ ...... Court appoints Attorney **Tracy Hayes** to represent defendant for ☒ this proceeding only ☐ all proceedings
- ☐ ...... Appearance of _____ filed
- ☒ ...... ☐ Complaint filed ☒ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ ...... Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) _____ of the _____ (indict, superseding indict, info)
- ☐ ...... Petition to Enter Guilty Plea filed
- ☐ ...... Defendant motions due _____ ; Government responses due _____
- ☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ....... Hearing on Pending Motions scheduled for _____ at _____
- ☐ ...... Jury Selection set for _____ at _____
- ☐ ...... Remaining Count(s) to be dismissed at sentencing
- ☐ ...... Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
- ☐ ...... Special Assessment of $_____ on count(s) _____. Total $ _____ ☐ Due immediately ☐ Pay at sentencing
- ☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Order of Detention filed
- ☐ ...... Deft ordered removed/committed to originating /another District of _____
- ☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...... Waiver of Rule 5 Hearing filed
- ☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☒ ...... Bond ☐ set at $**50,000** ☐ reduced to $_____ ☐ Non-surety ☒ Surety ☐ Personal Recognizance
- ☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ ...... Defendant detained
- ☒ ...... PC _____ Hearing ☐ waived ☒ set for **9/20/2017 at 9:30AM** ☐ continued until _____
- ☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for ☒ conditions of bond ☒ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____ upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☒ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

| | | granted | denied | advisement |
|---|---|---|---|---|
| ☐ ..... Deft's oral motion | _____ | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion | _____ | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion | _____ | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion | _____ | ☐ | ☐ | ☐ |
| ☒ ..... Govt's oral motion | to unseal the complaint | ☒ | ☐ | ☐ |
| ☐ ..... Govt's oral motion | _____ | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion | _____ | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion | _____ | ☐ | ☐ | ☐ |
| ☐ ..... # ____ Deft _____ Motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... # ____ Deft _____ Motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... # ____ Govt Motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... # ____ Govt Motion _____ | | ☐ | ☐ | ☐ |

| | filed | granted | denied | advisement |
|---|---|---|---|---|
| ☒ ..... Financial Affd. to be filed within 21 days | ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |

Notes: