UNITED STATE DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 3:17MJ01418(SALM) |
| | ) | |
| FAREED KHAN | ) | May 24, 2018 |
| | ) | |

CONSENT MOTION TO CONTINUE PRELIMINARY HEARING

The Defendant, Fareed Khan, moves to continue the June 4, 2018 preliminary hearing and continues to waive his right to a preliminary hearing and speedy indictment through September 15, 2018. The parties are working to resolve this matter and need this additional time to work out a possible resolution. Defendant shall file a Waiver of Preliminary Hearing shortly as the Court ordered on March 7, 2018.

The Defendant, Fareed Khan, is charged in a complaint dated August 30, 2017, charging him with Making a False Statement (18 U.S.C. §1001(a)). Defendant was arrested and presented before United States Magistrate Judge Sarah A. L. Merriam. The Court granted the parties' request to extend the preliminary hearing on September 8, 2017, November 13, 2017, and December 22, 2017, current hearing date set for December 28, 2017 (Dkts. 16, 21, and 25). On February 21, 2018 at a status conference, court appointed counsel informed the court that Defendant had obtained retained counsel. The Court continued the hearing until March 7, 2018. (Dkt 35). On March 7, 2018 the Court continued the preliminary hearing until June 4, 2018. (Dkt 42)

The Defendant now moves to continue the June 4, 2018 preliminary hearing date and waives his right to a preliminary hearing and speedy indictment through September 15, 2018. The parties have been working towards resolving this matter, and require additional time to discuss the Government's offer for Mr. Khan. A waiver of rights form was sent to Mr. Khan, and will be filed upon its receipt. Counsel for the government, Assistant United States Attorney Vanessa Richards, consents to this continuance. The Defendant requests that the Court exclude the time from December 28, 2017, through and including September 15, 2018, from calculation under Rule 5.1 and 18 U.S.C. § 3161(b), as a continuance is in the interest of justice.

Dated: May 24, 2018

        Respectfully Submitted,

        /s/ Faisal Gill

        Faisal Gill
        Gill Law Firm
        1155 F Street NW, Suite 1050
        Washington, DC 20004
        Phone: (310) 418-6675
        Fax: (202) 318-4331
        fgill@glawoffice.com

        Counsel for Fareed Khan

- 3 -

Defendant's Motion to Continue Preliminary Hearing

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 24, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Faisal Gill

Faisal Gill