UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        CRIMINAL NO. 3:17mj1418 (SALM)

v.

FAREED AHMED KHAN

## UNOPPOSED MOTION FOR A HEARING PURSUANT TO *MISSOURI V. FRYE*

By this motion, the government requests a hearing pursuant to *Missouri v. Frye*, 566 U.S. 133 (2012) to insure that the defendant Fareed Khan has been fully apprised of the current outstanding plea offer. In *Missouri v. Frye*, 566 U.S. 133, 145 (2012), the Supreme Court held that the Sixth Amendment confers on defense counsel "the duty to communicate formal offers from the prosecution to accept a plea on terms and conditions that may be favorable to the accused." A so-called *Frye* hearing aims to ensure that defense counsel has discharged that duty.

The government and defense counsel have conferred concerning this motion, and the defense has no objection to the motion or the hearing. Both parties are available next Friday, August 17, 2018.

                                                 Respectfully submitted,

                                                 JOHN H. DURHAM
                                                 UNITED STATES ATTORNEY
                                                 /s/
                                                 VANESSA RICHARDS
                                                 ASSISTANT UNITED STATES ATTORNEY
                                                 Federal Bar No. phv05095
                                                 1000 Lafayette Blvd., 10th Floor
                                                 Bridgeport, CT
                                                 (203) 696-3016

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2018, the foregoing motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                         /s/ VANESSA RICHARDS
                                         ASSISTANT U.S. ATTORNEY
                                         Federal Bar No. phv05095
                                         1000 Lafayette Blvd, 10th Floor
                                         Bridgeport, CT 06604
                                         203-696-3000