United States District Court
District of Connecticut

## ELECTRONIC FILING ORDER

The Court orders that the parties in this case shall file electronically all documents. The following requirements are imposed:

1. Counsel must comply with all applicable Federal Rules of Criminal Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures that implement the District's CM/ECF system.

2. Documents filed electronically must be filed in OCR text searchable PDF format.

3. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

Criminal Cases: All pleadings (including briefs and exhibits) supporting or opposing the following:

    a. Motions to dismiss the indictment;
    b. Motions to suppress;
    c. Motions to modify presentence reports;
    d. Requested jury instructions;
    e. Trial briefs; and
    f. Any other filing requested by the court.

                                        /s/ Jeffrey A. Meyer
                                        Jeffrey A. Meyer
                                        United States District Judge