AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

USA v. Khan     DISTRICT OF     Connecticut

United States of America

v.

Fareed Ahmed Khan

**EXHIBIT AND WITNESS LIST**

Case Number: 3:18cr195 (JAM)

| PRESIDING JUDGE<br>Hon. Robert M. Spector | PLAINTIFF'S ATTORNEY<br>Vanessa Richards | DEFENDANT'S ATTORNEY<br>Faisal Gill |
|---|---|---|
| TRIAL DATE (S)<br>09/26/2018 | COURT REPORTER<br>FTR - Courtroom 5 | COURTROOM DEPUTY<br>M. Peterson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/26/2018 | x | | "Journal Inquirer" article |
| 2 | | 9/26/2018 | x | | "The Day" article |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages