UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18CR195(JAM) |
| | : | |
| v. | : | |
| | : | |
| FAREED AHMED KHAN | : | February 28, 2019 |

**THE GOVERNMENT'S UNOPPOSED MOTION TO AMEND
THE SCHEDULING ORDER**

The United States of America, by and through the undersigned attorney, respectfully submits the proposed amendment to the scheduling order concerning discovery and additional motion practice in the above-referenced case.

On October 15, 2018, the Court held a status conference pursuant to Section 2 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III, at the conclusion of which the Court requested that the parties confer and submit a proposed pre-trial schedule. On October 16, 2018, after receiving the parties' submission, the Court adopted the proposed order suggested by the parties and ordered that the government would complete its discovery by or before March 1, 2019 and that the parties would file any non-CIPA pre-trial motions by May 15, 2019.

The government hereby seeks an extension of these deadlines. As the Court is aware, the federal government was partially shut down from December 22, 2018 until January 25, 2019. This shut down negatively affected the government's ability to comply with its discovery deadline. Hence, the government requests that its discovery deadline be extended to May 1, 2019. The defendant has no objection to this request, but asked that the deadline for pre-trial motions be extended to June 15, 2019. The government has no objection to defense counsel's request.

Hence, the government requests that the current pre-trial scheduling order be modified to

reflect that discovery shall occur on a rolling basis and be completed by or before May 1, 2019 and that all non-CIPA pre-trial motions be filed by or before June 15, 2019.

    Respectfully submitted,

    JOHN H. DURHAM
    UNITED STATES ATTORNEY
    /s/ VANESSA RICHARDS
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. phv05095
    United States Attorney's Office
    1000 Lafayette Boulevard, 10th Floor
    Bridgeport, Connecticut 06604
    (203) 696-3000/ (203) 579-5575 (fax)
    Vanessa.Richards@usdoj.gov

## **CERTIFICATION**

I hereby certify that on February 28, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
VANESSA RICHARDS
ASSISTANT UNITED STATES ATTORNEY