UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:18-CR-195 (JAM) |
| v. | |
| FAREED AHMED KHAN | April 3, 2019 |

NOTICE OF APPEARANCE

Please enter my appearance for the United States of America in addition to those appearances already on file.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/
WILLIAM J. NARDINI
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
Federal Bar No. CT16012
william.nardini@usdoj.gov
203-821-3700
Fax: 203-773-5376

CERTIFICATE OF SERVICE

This is to certify that on April 3, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ William J. Nardini
_____
WILLIAM J. NARDINI
ASSISTANT UNITED STATES ATTORNEY