UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18CR195(JAM) |
| | : | |
| v. | : | FILED *IN CAMERA*, *EX PARTE* |
| | : | AND UNDER SEAL WITH THE |
| FAREED AHMED KHAN | : | CLASSIFIFED INFORMATION |
| | : | SECURITY OFFICER |

**NOTICE OF FILING OF THE GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS CLASSIFIED *EX PARTE*, *IN CAMERA* MOTION FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

The United States of America, by and through the undersigned attorneys, hereby provide notice to the defendant Fareed Khan and the Court that, on May 10, 2019, the Government filed its Classified *Ex Parte*, *In Camera* Motion for a Protective Order pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d)(1) and its memorandum in support thereof with a Classified Information Security Officer.

Respectfully submitted in Bridgeport, Connecticut on this 10th day of May, 2019.

JOHN H. DURHAM
UNITED STATES ATTORNEY
DISTRICT OF CONNECTICUT

_/s/_____
Vanessa Richards
William Nardini
Assistant United States Attorneys
District of Connecticut

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/_____
VANESSA RICHARDS
ASSISTANT UNITED STATES ATTORNEY