UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. : 3:18CR195(JAM) |
| | ) | |
| v. | ) | |
| | ) | |
| FAREED AHMED KHAN | ) | |
| | ) | |
| Defendant. | ) | |

**Protective Order**

This matter is before the Court on the Government's *Ex Parte, In Camera,* Under Seal Motion for a Protective Order Pursuant to the Classified Information Procedures Act Section 4 and Fed. R. Crim. P. 16(d), filed May 10, 2019 ("Government's Submission").

The Court has reviewed the Government's Submission, CIPA, Federal Rule of Criminal Procedure 16(d); and *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and their progeny, and the Jencks Act, 18 U.S.C. § 3500. Having considered the Government's Submission, including the memoranda of law in support of the motions and the declarations and classified enclosures thereto, the Court **GRANTS** the Government's CIPA Motion in its entirety.

The Court finds that the Government's Submission was properly filed *ex parte* and *in camera* for this Court's review pursuant to the CIPA Section 4 and Fed. R. Crim. P. 16(d).

On the basis of the Court's independent review of the Government's Submission, the Court finds that the Government has made a sufficient showing that the information

was classified pursuant to Executive Order 13526, and its predecessors, and that its disclosure could cause serious damage or exceptionally grave damage to the national security of the United States. The Court further finds that the Government properly invoked the provisions of CIPA and its classified information privilege through the filing of the declarations from department heads and officials with original classification authority from the relevant agencies.

Accordingly, it is:

**ORDERED** that the Government's Motion*s* for Protective Order*s* *is* hereby granted; and it is further,

**ORDERED** that the Government's Submission is hereby sealed, and shall remain preserved in the custody of the Classified Information Security Officer, in accordance with established court security procedures, to be made available to the appellate court in the event of an appeal; and it is further,

**ORDERED** that should any defendant intend to use, disclose, or cause to be disclosed any classified information, in connection with any trial or pretrial proceeding in any manner not otherwise authorized by order of this Court, that defendant shall comply with the procedures set forth under CIPA, including notice to the United States Government and this Court required under Section 5, no later than 30 days before trial.

SO ORDERED this 4th day of June, 2019.

_____
HONORABLE JEFFREY A. MEYER
UNITED STATES DISTRICT JUDGE