UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        CRIMINAL NO. 3:18cr195 (JAM)

v.

FAREED AHMED KHAN

## GOVERNMENT'S MOTION TO SEAL

The United States of America, by and through John H. Durham, United States Attorney for the District of Connecticut, and Vanessa Richards, Assistant United States Attorney, respectfully request that the Court grant an Order sealing Docket Entry No. 95. That docket entry contains as an exhibit protected discovery materials covered by Paragraph G of the Standing Order on Discovery and a case-specific agreement, both of which required such materials to be filed under seal. Defense counsel inadvertently filed these materials publicly. The undersigned has spoken with counsel, who agrees that these materials should have been filed under seal and has no objection to this motion. Defense counsel will have the opportunity to modify his filing so that it is consistent with the local rules. Specifically, he can file publicly any material not covered by the Standing Order and the case-specific agreement and file under seal those that are so covered.

                         Respectfully submitted,

                         JOHN H. DURHAM
                         UNITED STATES ATTORNEY

                         /s/
                         VANESSA RICHARDS
                         ASSISTANT U.S. ATTORNEY
                         Federal Bar No. phv05095
                         1000 Lafayette Blvd., 10th Floor
                         Bridgeport, CT 06604
                         Tel.: (203) 696-3000

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        CRIMINAL NO. 3:18cr195 (JAM)

v.

FAREED AHMED KHAN

## ORDER

UPON CONSIDERATION of the Government's Motion to Seal, the Court grants the motion.

SO ORDERED this \_\_\_\_day of July, 2019 at New Haven, Connecticut.

_____
THE HONORABLE JEFFREY A. MEYER
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

       I hereby certify that on July 9, 2019, a copy of the foregoing was filed electronically, and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/

VANESSA RICHARDS
ASSISTANT U.S. ATTORNEY