# UNITED STATES DISTRICT COURT
for the
District of Connecticut

**UNITED STATES OF AMERICA**

*Plaintiff*

v.

**FAREED AHMED KHAN**

*Defendant*

Case No. **3:18-CR-195 (JAM)**

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**The United States of America**.

Date: **Jul 17, 2019**

**/s/ Troy A. Edwards, Jr.**
*Attorney's signature*

**Troy A. Edwards, Jr. / 5453741 (New York)**
*Printed name and bar number*

**U.S. Dept. of Justice, National Security Division**
**950 Pennsylvania Avenue NW**
**Washington, D.C. 20530**
*Address*

**Troy.Edwards2@usdoj.gov**
*E-mail address*

**(202) 305-1601**
*Telephone number*

*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that on **Jul 17, 2019**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Troy A. Edwards, Jr.
_____
*Attorney's signature*