UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES | ) | |
|---|---|---|
| | ) | |
| vs | ) | |
| | ) | Case No. 3:18-cr-00195-JAM |
| FAREED KHAN | ) | |
|     Defendant | ) | |

GILL LAW FIRM
Faisal Gill
Aimee Gill
1155 F Street NW, Suite 1050
Washington, DC 20005
(202) 570-8223
(202) 318-4331 (fax)

NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE THAT Aimee Gill of the law firm Gill Law Firm, has this day entered an Appearance as Counsel for Defendant Fareed Khan, in the above-entitled matter.

Dated: August 15, 2019                      Respectfully submitted,

                                                           __/s/ Aimee Gill_____
                                                           Aimee Gill (CT No. phv10218)
                                                           GILL LAW FIRM
                                                           1155 F Street NW Suite 1050
                                                           Washington, DC 20005
                                                           (202) 570-8223
                                                           (202) 318-4331 (fax)
                                                           agill@glawoffice.com

                                                           Counsel for Defendant Khan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2019, a copy of the foregoing Notice of Attorney Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    _/s/ Aimee Gill_____
    Aimee Gill