UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim. No. 18-CR-195 (JAM) |
| v. ) | |
| ) | September 12, 2019 |
| FAREED AHMED KHAN, ) | |
| ) | |
| Defendant. ) | |

**REQUEST FOR ORDER REGARDING THE GOVERNMENT'S CLASSIFIED *EX PARTE*, *IN CAMERA* SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFOMRAITON PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

The United States of America, by and through the undersigned attorney, requests an order from the Court, ruling with respect to the government's classified, *ex parte*, *in camera* supplemental brief in support of its motion for a protective order pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d)(1), which was filed with this Court on July 26, 2019. This brief supplemented the government's initial submission for a protective order filed on May 10, 2019, and which this Court granted on June 4, 2019. A proposed Order is attached hereto as Exhibit A.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY
/s/
VANESSA RICHARDS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05095
United States Attorney's Office
1000 Lafayette Boulevard, 10th Floor
Bridgeport, Connecticut 06604
(203) 696-3000 / (203) 579-5575 (fax)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Crim. No. 18-CR-195 (JAM) |
| v. | ) |
| | ) |
| FAREED AHMED KHAN, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

This matter is before the Court on the Government's supplemental brief in support of its *ex parte*, *in camera*, under seal motion for a protective order pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d)(1), which was filed with this Court on July 26, 2019 ("the Supplemental Submission").

The Court has reviewed the Supplemental Submission and the Court's original Protective Order still stands.

SO ORDERED this ___ day of September, 2019.

_____
THE HONORABLE JEFFREY A. MEYER
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2019, a copy of the above submission was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
VANESSA RICHARDS
ASSISTANT UNITED STATES ATTORNEY
PHV 05095
(203) 696-3000