Crim-Trial (4/2/12)

HONORABLE: Jeffrey Alker Meyer
DEPUTY CLERK D. Barry/Y.Gutierrez          RPTR/ECRO/TAPE Diana Huntington
TOTAL TIME: 6 hours 33 minutes   USPO NA          INTERPRETERS. Awan/A. Zulfiqar
DATE: 09/16/19   START TIME: 8:39 a.m.   END TIME: 4:19 p.m.
LUNCH RECESS   FROM: 12:01 p.m.   TO: 1:00 p.m.
RECESS (if more than ½ hr)   FROM: _____   TO: _____

CRIMINAL NO. 3:18-cr-00195-JAM          Deft # 1

| UNITED STATES OF AMERICA | Vanessa Richards, Rahul Kale |
| --- | --- |
| | AUSA |
| vs | |
| Fareed Ahmed Khan | Aimee Gill, Faisal Gill |
| | Defendant's Counsel |

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of 12 and 1 alternates report [x] Jury sworn.
- [ ] ☐ Juror # _____ excused ☐ Alternates excused
- [ ] Deft _____ Failed to appear. Bench warrant issued.
- [x] [x] Jury Trial held [x] Jury Trial continued until 09/17/19 at 8:30 AM
- [ ] ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
- [ ] ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- [x] Interpreters sworn in _____ ☐ filed
- [ ] _____ ☐ filed
- [ ] _____ ☐ filed
- [ ] _____ ☐ filed
- [ ] _____ ☐ filed
- [ ] _____ ☐ filed
- [ ] ☐ Government rests ☐ Defendant _____ rests
- [ ] ☐ Summation held ☐ Court's Charge to the Jury
- [ ] All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
- [ ] Jury commences deliberations at _____
- [ ] Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- [ ] SEE ☐ page II ☐ for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

- ☐ Court declares MISTRIAL as to Defendant _____
- ☐ Jury Verdict filed
- ☐ Oral Verdict
- ☐ Court Verdict
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ Court accepts verdict and orders verdict verified and recorded
- ☐ Jury polled
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Prob 246B Order for PSI & Report
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Deft _____ REMANDED to custody
- ☐ Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

NOTES OR
### MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____