Crim-Trial (4/2/12)

HONORABLE: Jeffrey Alker Meyer
DEPUTY CLERK: D. Barry / Y. Gutierrez     RPTR/ECRO/TAPE: Diana Huntington
TOTAL TIME: 3 hours 08 minutes     USPO: NA     INTERPRETERS: S. Awan/A. Zulfiqar
DATE: 09/18/19     START TIME: 8:04 a.m.     END TIME: 3:53 p.m.
LUNCH RECESS     FROM:          TO:
RECESS (if more than ½ hr)     FROM: 8:19 a.m.     TO: 9:17 a.m.
                              FROM: 12:02         TO: 2:25
                              FROM: 2:26          TO: 3:46

CRIMINAL NO. 3:18-cr-00195-JAM     Deft # 1

UNITED STATES OF AMERICA

vs

Fareed Ahmed Khan

Vanessa Richards, Rahul Kale
AUSA

Aimee Gill, Faisal Gill
Defendant's Counsel

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of 12 and 1 alternates report ☐ Jury sworn.
- ☐ Juror # 13 excused ☐ Alternates excused
- ☐ Deft _____ Failed to appear. Bench warrant issued.
- [x] ☒ Jury Trial held  ☒ Jury Trial continued until 9/19/2019 at 8:30 AM
- ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- [x] Court approves Jurors request for afternoon coffee.     ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ Government rests ☐ Defendant _____ rests
- [x] ☒ Summation held ☒ Court's Charge to the Jury
- [x] All full exhibits,  ☐ Indictment ☐ Information ☒ Verdict form handed to the Jury
- [x] Jury commences deliberations at 12:02 p.m.
- [x] Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- ☐ SEE ☐ page II ☐ for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

- ☐ Court declares MISTRIAL as to Defendant _____
- ☐ Jury Verdict filed
- ☐ Oral Verdict
- ☐ Court Verdict
- ☐   ☐ guilty as to Deft _____ as to counts _____
- ☐   ☐ guilty as to Deft _____ as to counts _____
- ☐   ☐ guilty as to Deft _____ as to counts _____
- ☐   ☐ guilty as to Deft _____ as to counts _____
- ☐   ☐ not guilty as to Deft _____ as to counts _____
- ☐   ☐ not guilty as to Deft _____ as to counts _____
- ☐   ☐ not guilty as to Deft _____ as to counts _____
- ☐   ☐ not guilty as to Deft _____ as to counts _____
- ☐ Court accepts verdict and orders verdict verified and recorded
- ☐ Jury polled
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Prob 246B Order for PSI & Report
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Deft _____ REMANDED to custody
- ☐ Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

NOTES OR
MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____