Crim-Trial (4/2/12)

HONORABLE: Jeffrey Alker Meyer
DEPUTY CLERK: Y. Gutierrez       RPTR/ECRO/TAPE: Diana Huntington
TOTAL TIME: ____ hours  11 minutes     USPO ____     INTERPRETERS: S. Awan/A. Zulfiqar
DATE: 9/19/2019      START TIME: 9:02 AM      END TIME: 9:10 AM
LUNCH RECESS    FROM: ____  TO: ____
RECESS (if more than ½ hr)  FROM: 10:50AM  TO: 11:01 AM

CRIMINAL NO. 3:18-cr-00195-JAM       Deft # 1

| UNITED STATES OF AMERICA | Vanessa Richards, Rahul Kale |
|---|---|
| | AUSA |
| vs | |
| Fareed Ahmed Khan | Aimee Gill, Faisal Gill |
| | Defendant's Counsel |

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of 12 and 1 alternates report ☐ Jury sworn.
- [ ] ☐ Juror # _____ excused ☐ Alternates excused
- [ ] Deft _____ Failed to appear. Bench warrant issued.
- [x] ☒ Jury Trial held ☐ Jury Trial continued until ____ at ____
- [ ] ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until ____
- [ ] ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ..# Govt's motion _____ ☐granted ☐ denied ☐ advisement
- [ ] Deft ____ oral motion _____ ☐granted ☐ denied ☐ advisement
- [ ] Deft ____ oral motion _____ ☐granted ☐ denied ☐ advisement
- [ ] Govt's oral motion _____ ☐granted ☐ denied ☐advisement
- [ ] Govt's oral motion _____ ☐granted ☐ denied ☐ advisement
- [ ] _____ ☐ filed
- [ ] _____ ☐ filed
- [ ] _____ ☐ filed
- [ ] _____ ☐ filed
- [ ] _____ ☐ filed
- [ ] _____ ☐ filed
- [ ] ☐ Government rests ☐ Defendant _____ rests
- [ ] ☐ Summation held ☐ Court's Charge to the Jury
- [ ] All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
- [x] Jury commences deliberations at 8:55 AM
- [ ] Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- [x] SEE ☒ page II ☒ for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

- ☐ Court declares MISTRIAL as to Defendant _____
- ☒ Jury Verdict filed
- ☐ Oral Verdict
- ☐ Court Verdict
- ☒ ☒ guilty as to Deft  Fareed Ahmed Khan   as to counts  One
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☒ Court accepts verdict and orders verdict verified and recorded
- ☒ Jury polled
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Prob 246B Order for PSI & Report
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Deft _____ REMANDED to custody
- ☐ Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

### NOTES OR MISCELLANEOUS PROCEEDINGS

Defendant's Sentencing Memorandum 10/3/2019 and Government's Response due 10/17/19.

Defendant remains on bond.