UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.   No. 3:18-cr-195 (JAM)

FAR̲J

# JURY VERDICT FORM

## SECTION 1

We, the jury, unanimously find:

I. With respect to the following charged statement,

1. **That he was not affiliated with the following organizations: Islamic Circle of North America (known as "ICNA"), ICNA Relief, Helping Hands, or the Helping Hand for Relief and Development,**

That the prosecution has proven beyond a reasonable doubt that:

1. Mr. Khan made this statement on or about June 26, 2015:   Yes ☐   No ☐

2. The statement was false:   Yes ☐   No ☐

3. The false statement was material to the Federal Bureau of Investigation, or the FBI:   Yes ☐   No ☐

4. Mr. Khan made the false statement knowingly and willfully:   Yes ☐   No ☐

5. The false statement concerned a matter that was within the jurisdiction of the FBI:   Yes ☐   No ☐

*(Cont.)*

II. With respect to the following charged statement,

**2. That he had no personal association with ICNA,**

That the prosecution has proven beyond a reasonable doubt that:

| | Yes | No |
|---|---|---|
| 1. Mr. Khan made this statement on or about June 26, 2015: | ☐ | ☐ |
| 2. The statement was false: | ☐ | ☐ |
| 3. The false statement was material to the Federal Bureau of Investigation, or the FBI: | ☐ | ☐ |
| 4. Mr. Khan made the false statement knowingly and willfully: | ☐ | ☐ |
| 5. The false statement concerned a matter that was within the jurisdiction of the FBI: | ☐ | ☐ |

III. With respect to the following charged statement,

**3. That he did not know anyone from ICNA,**

That the prosecution has proven beyond a reasonable doubt that:

| | Yes | No |
|---|---|---|
| 1. Mr. Khan made this statement on or about June 26, 2015: | ☐ | ☐ |
| 2. The statement was false: | ☐ | ☐ |
| 3. The false statement was material to the Federal Bureau of Investigation, or the FBI: | ☐ | ☐ |
| 4. Mr. Khan made the false statement knowingly and willfully: | ☐ | ☐ |
| 5. The false statement concerned a matter that was within the jurisdiction of the FBI: | ☐ | ☐ |

*(Cont.)*

IV. With respect to the following charged statement,

> **4. That he had no idea how charities such as ICNA work and was not aware if they collected cash, checks or other material goods for individuals in need,**

That the prosecution has proven beyond a reasonable doubt that:

1. Mr. Khan made this statement on or about June 26, 2015: Yes ☐ No ☐

2. The statement was false: Yes ☐ No ☐

3. The false statement was material to the Federal Bureau of Investigation, or the FBI: Yes ☐ No ☐

4. Mr. Khan made the false statement knowingly and willfully: Yes ☐ No ☐

5. The false statement concerned a matter that was within the jurisdiction of the FBI: Yes ☐ No ☐

V. With respect to the following charged statement,

> **5. That he had never collected any type of charitable donations for ICNA or any other charitable organization,**

That the prosecution has proven beyond a reasonable doubt that:

1. Mr. Khan made this statement on or about June 26, 2015: Yes ☐ No ☐

2. The statement was false: Yes ☐ No ☐

3. The false statement was material to the Federal Bureau of Investigation, or the FBI: Yes ☐ No ☐

4. Mr. Khan made the false statement knowingly and willfully: Yes ☐ No ☐

5. The false statement concerned a matter that was within the jurisdiction of the FBI: Yes ☐ No ☐

(Cont.)

VI. With respect to the following charged statement,

> **6. That the only packages he has ever sent to Pakistan were to his sister and brother and contained clothing,**

That the prosecution has proven beyond a reasonable doubt that:

1. ⟩out June 26, 2015:    Yes [X]    No [ ]

2. The statement was false:    Yes [X]    No [ ]

3. The false statement was material to the Federal Bureau of Investigation, or the FBI:    Yes [X]    No [ ]

4. Mr. Khan made the false statement knowingly and willfully:    Yes [X]    No [ ]

5. The false statement concerned a matter that was within the jurisdiction of the FBI:    Yes [X]    No [ ]

*(Cont.)*

## SECTION 2

*You may return a guilty verdict if—and only if—you unanimously answered "Yes" to all five elements with respect to <u>one</u> of the six charged statements.*

*If you unanimously answered "No" to any of the five elements with respect to all six of the charged* ⋯ *t of "Not Guilty."*

We, the jury, unanimously find, with respect to the charge of making a false statement, in violation of 18 U.S.C. § 1001(a)(2), the defendant Fareed Ahmed Khan is:

*Place an "X" mark beside your verdict.*

Guilty  __X__          Not Guilty  _____

(*Cont.*)

# SECTION 3

### ALL YOUR ANSWERS MUST BE UNANIMOUS.

*Please double-check the accuracy and consistency of your answers above and then sign and date this verdict form.*

/S/ _____   9/19/19
Foreperson                                    Date

*Please note that the signature of the Foreperson will be redacted in official court records in order to protect against public disclosure of the Foreperson's name.*