United States District Court
District of Connecticut
Exhibits Log: 18cr195(JAM)
USA v. Khan, 9/16/2019

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-1-A | BANK OF AMERICA RECORDS FOR ACCOUNT NUMBER 2094 FROM SEPTEMBER 30, 2013 | Yes | 9/16/2019 9:48 AM | 9/16/2019 9:48 AM |
| Gov-1-B | BANK OF AMERICA RECORDS FOR ACCOUNT NUMBER 2094 FROM FEBRUARY 27, 2014 | Yes | 9/16/2019 9:48 AM | 9/16/2019 9:48 AM |
| Gov-1-C | BANK OF AMERICA RECORDS FOR ACCOUNT NUMBER 2094 FROM FEBRUARY 27, 2015 | Yes | 9/16/2019 9:50 AM | 9/16/2019 9:50 AM |
| Gov-1-D | ALL REMAINING BANK OF AMERICA RECORDS FOR ACCOUNT NUMBER 2094 FROM JANUARY 19, 2007 THROUGH JANUARY 15, 2016 | Yes | 9/16/2019 9:50 AM | 9/16/2019 9:50 AM |
| Gov-1-E | Checks related to ICNA from Fareed Khans Bank of America Account ending in 2094 | Yes | 9/16/2019 9:50 AM | 9/16/2019 9:50 AM |
| Gov-2-A | BANK OF AMERICA RECORDS FOR ACCOUNT NUMBER 7595 FROM SEPTEMBER 30, 2013 | Yes | 9/16/2019 9:51 AM | 9/16/2019 9:51 AM |
| Gov-2-B | BANK OF AMERICA RECORDS FOR ACCOUNT NUMBER 7595 FROM FEBRUARY 28, 2014 | Yes | 9/16/2019 9:51 AM | 9/16/2019 9:51 AM |
| Gov-2-C | BANK OF AMERICA RECORDS FOR ACCOUNT NUMBER 7595 FROM FEBRUARY 27, 2015 | Yes | 9/16/2019 9:51 AM | 9/16/2019 9:51 AM |
| Gov-2-D | ALL REMAINING BANK OF AMERICA RECORDS FOR ACCOUNT NUMBER 7595 FROM JUNE 27, 2007 THROUGH DECEMBER 28, 2015 | Yes | 9/16/2019 9:51 AM | 9/16/2019 9:51 AM |
| Gov-3 | STIPULATION RE BOFA RECORDS | Yes | 9/16/2019 9:51 AM | 9/16/2019 9:51 AM |
| Gov-4 | ACCOUNT INFORMATION FOR PAYPAL RECORDS FOR SHAK1968 FROM 2007 - 2015 | Yes | 9/16/2019 9:51 AM | 9/16/2019 9:51 AM |
| Gov-5 | TRANSACTIONLOG FOR PAYPAL RECORDS FOR SHAK1968 FROM 2007 - 2015 | Yes | 9/16/2019 9:51 AM | 9/16/2019 9:51 AM |
| Gov-7 | USER INFORMATION FOR EBAY RECORDS FOR SHAK1968 FROM 2007 THROUGH 2015 | Yes | 9/16/2019 9:51 AM | 9/16/2019 9:51 AM |
| Gov-8 | ALL ITEMS WON BY USER FOR EBAY RECORDS FOR SHAK1968 FROM 2007 THROUGH 2015 | Yes | 9/16/2019 9:52 AM | 9/16/2019 9:52 AM |
| Gov-9 | STIPULATION RE PAYPAL RECORDS | Yes | 9/16/2019 9:52 AM | 9/16/2019 9:52 AM |
| Gov-10 | STIPULATION RE EBAY RECORDS | Yes | 9/16/2019 9:53 AM | 9/16/2019 9:53 AM |
| Gov-11 | SUMMARY CHART OF CASH DEPOSITS AND PAYPALEBAY PURCHASES RELATED TO SEPTEMBER 30, 2013 TRANSACTIONS | Yes | 9/16/2019 9:53 AM | 9/16/2019 9:53 AM |
| Gov-12 | SUMMARY CHART OF CASH DEPOSITS AND PAYPALEBAY PURCHASES RELATED TO FEBRUARY 27, 2014 TRANSACTIONS | Yes | 9/16/2019 9:53 AM | 9/16/2019 9:53 AM |
| Gov-13 | SUMMARY CHART OF CASH DEPOSITS AND PAYPALEBAY PURCHASES RELATED TO FEBRUARY 27, 2015 TRANSACTIONS | Yes | 9/16/2019 9:54 AM | 9/16/2019 9:54 AM |
| Gov-14 | SUMMARY CHART OF CASH DEPOSITS AND PAYPALEBAY PURCHASES FROM 2007 THROUGH 2015 | Yes | 9/16/2019 9:54 AM | 9/16/2019 9:54 AM |
| Gov-15 | CLICK AND SHIP RECORDS | Yes | 9/16/2019 12:06 PM | 9/16/2019 12:06 PM |
| Gov-16 | Stipulation Regarding Government Exhibit 15 | Yes | 9/17/2019 1:37 PM | 9/16/2019 1:37 PM |
| Gov-17 | USPS INTERDICTION PHOTOS | Yes | 9/16/2019 12:01 PM | 9/16/2019 12:01 PM |
| Gov-18 | USPS INTERDICTION PHOTOS | Yes | 9/16/2019 11:07 AM | 9/16/2019 11:07 AM |

| | | | | |
|---|---|---|---|---|
| Gov-19 | USPS INTERDICTION PHOTOS | Yes | 9/16/2019 12:05 PM | 9/16/2019 12:05 PM |
| Gov-20 | USPS INTERDICTION PHOTOS | Yes | 9/16/2019 12:01 PM | 9/16/2019 12:01 PM |
| Gov-21 | USPS INTERDICTION PHOTOS | Yes | 9/16/2019 12:05 PM | 9/16/2019 12:05 PM |
| Gov-22 | USPS INTERDICTION PHOTOS | Yes | 9/16/2019 12:06 PM | 9/16/2019 12:06 PM |
| Gov-23 | USPS INTERDICTION PHOTOS | Yes | 9/16/2019 12:06 PM | 9/16/2019 12:06 PM |
| Gov-25 | USPS INTERDICTION PHOTOS | Yes | 9/16/2019 12:06 PM | 9/16/2019 12:06 PM |
| Gov-26 | USPS INTERDICTION PHOTOS | Yes | 9/16/2019 12:06 PM | 9/16/2019 12:06 PM |
| Gov-27 | DEFENDANTS APPLE IPHONE 5 (PLACEHOLDER) | Yes | 9/16/2019 3:00 PM | 9/16/2019 3:00 PM |
| Gov-29 | STIPULATION FOR PHONE EXTRACTION | Yes | 9/16/2019 3:01 PM | 9/16/2019 3:01 PM |
| Gov-30 | SUBSCRIBER INFORMATION FOR (860) 680-1392 | Yes | 9/17/2019 10:49 AM | 9/17/2019 10:49 AM |
| Gov-31 | STIPULATION RE AT&T RECORDS | Yes | 9/17/2019 10:49 AM | 9/17/2019 10:49 AM |
| Gov-32 | WHATSAPP EXCHANGES BETWEEN KHAN AND HUSSAIN CHIPPA | Yes | 9/17/2019 9:54 AM | 9/17/2019 9:54 AM |
| Gov-33 | WHATSAPP EXCHANGES BETWEEN KHAN AND HIS BROTHER, NAVEED KHAN | Yes | 9/16/2019 4:53 PM | 9/16/2019 4:53 PM |
| Gov-37 | STIPULATION RE FACEBOOK RECORDS | Yes | 9/17/2019 10:15 AM | 9/17/2019 10:15 AM |
| Gov-38 | STIPULATION RE HAWALA | Yes | 9/16/2019 3:14 PM | 9/16/2019 3:14 PM |
| Gov-40 | STIPULATION RE TRANSLATIONS | Yes | 9/17/2019 9:57 AM | 9/17/2019 9:57 AM |
| Gov-41 | PHOTOGRAPHS OF 30 HUDSON STREET | Yes | 9/16/2019 2:11 PM | 9/16/2019 2:11 PM |
| Gov-42 | PHOTOGRAPHS OF 30 HUDSON STREET | Yes | 9/16/2019 2:11 PM | 9/16/2019 2:11 PM |
| Gov-43 | PHOTOGRAPHS OF 30 HUDSON STREET | Yes | 9/16/2019 2:11 PM | 9/16/2019 2:11 PM |
| Gov-44 | PHOTOGRAPHS OF 30 HUDSON STREET | Yes | 9/16/2019 2:11 PM | 9/16/2019 2:11 PM |
| Gov-45 | PHOTOGRAPHS OF 30 HUDSON STREET | Yes | 9/16/2019 2:11 PM | 9/16/2019 2:11 PM |
| Gov-46 | PHOTOGRAPHS OF 30 HUDSON STREET | Yes | 9/16/2019 2:11 PM | 9/16/2019 2:11 PM |
| Gov-47 | PHOTOGRAPHS OF 30 HUDSON STREET | Yes | 9/16/2019 2:11 PM | 9/16/2019 2:11 PM |
| Gov-48 | PHOTOGRAPHS OF 30 HUDSON STREET | Yes | 9/16/2019 2:12 PM | 9/16/2019 2:12 PM |
| Gov-49 | PHOTOGRAPHS OF 30 HUDSON STREET | Yes | 9/16/2019 2:12 PM | 9/16/2019 2:12 PM |

| | | | | |
|---|---|---|---|---|
| Gov-50 | PHOTOGRAPHS OF 30 HUDSON STREET | Yes | 9/16/2019 2:12 PM | 9/16/2019 2:12 PM |
| Gov-51 | PHOTOGRAPHS OF 30 HUDSON STREET | Yes | 9/16/2019 2:12 PM | 9/16/2019 2:12 PM |
| Gov-52 | PHOTOGRAPHS OF 30 HUDSON STREET | Yes | 9/16/2019 2:12 PM | 9/16/2019 2:12 PM |
| Gov-54 | PHOTOGRAPHS OF 30 HUDSON STREET | Yes | 9/16/2019 2:12 PM | 9/16/2019 2:12 PM |
| Gov-55 | PHOTOGRAPHS OF 30 HUDSON STREET | Yes | 9/16/2019 2:12 PM | 9/16/2019 2:12 PM |
| Gov-56 | PHOTOGRAPHS OF 30 HUDSON STREET | Yes | 9/16/2019 2:12 PM | 9/16/2019 2:12 PM |
| Gov-57 | PHOTOGRAPHS OF 30 HUDSON STREET | Yes | 9/16/2019 2:13 PM | 9/16/2019 2:13 PM |
| Gov-58 | PHOTOGRAPHS OF 30 HUDSON STREET | Yes | 9/16/2019 2:13 PM | 9/16/2019 2:13 PM |
| Gov-59 | ADVICE OF RIGHTS FORM | Yes | 9/16/2019 3:05 PM | 9/16/2019 3:05 PM |
| Gov-61 | SELECTED INFORMATION EXTRACTED FROM THE DEFENDANT'S PHONE CONCERNING ICNA | Yes | 9/16/2019 4:53 PM | 9/17/2019 10:19 AM |
| Gov-62 | SELECTED FACEBOOK INFORMATION FROM THE DEFENDANT'S ACCOUNT RELATED TO ICNA | Yes | 9/17/2019 10:16 AM | 9/17/2019 10:16 AM |
| Gov-63 | SELECTED FACEBOOK INFORMATION FROM THE DEFENDANT'S ACCOUNT IDENTIFYING NAVEED KHAN AS THE DEFENDANT'S BROTHER | Yes | 9/17/2019 10:16 AM | 9/17/2019 10:16 AM |
| Gov-65 | Peter Goselin`s Twitter Account | Yes | 9/17/2019 3:04 PM | 9/17/2019 3:04 PM |
| Gov-66 | Printout of a Tweet by Peter Goselin | Yes | 9/17/2019 1:53 PM | 9/17/2019 1:53 PM |
| Gov-67 | Printout of a Tweet by Peter Goselin | Yes | 9/17/2019 1:53 PM | 9/17/2019 1:53 PM |
| Gov-70 | ICNA Financial Records Detailing Cash Collected at Muslim Family Day | Yes | 9/17/2019 3:04 PM | 9/17/2019 3:04 PM |
| Def-D-1 | FBI Report Interview 6.26.15 | No | 9/17/2019 9:43 AM | |
| Def-D-11a | GXGS Guide PK | No | 9/16/2019 8:47 AM | |
| Def-D-2 | FBI Notes Interview 6.26.15 | Yes | 9/16/2019 3:32 PM | 9/16/2019 3:32 PM |