# UNITED STATES DISTRICT COURT
## District of Connecticut

### JUDGMENT IN A CRIMINAL CASE

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 3:18-cr-00195-JAM-1 |
| | USM No.: 25500-014 |
| V. | Rahul Kale, Assistant U.S. Attorney |
| FAREED AHMED KHAN | Faisal Gill, Defendant's Attorney |

The defendant was found guilty on count 1 of the indictment by a jury.

Accordingly, the defendant is adjudicated guilty of the following offense:

| Title & Section | Nature of Offense | Offense Concluded | Count |
|---|---|---|---|
| Title 18, United States Code, §1001(a)(2) | Making a False Statement in a Terrorism Investigation | June 26, 2015 | 1 |

The following sentence is a departure and is imposed pursuant to the Sentencing Reform Act of 1984.

**IMPRISONMENT**
Defendant is ordered committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total time served with no supervised release to follow.

**CRIMINAL MONETARY PENALTIES**
Defendant must pay the total criminal monetary penalties under the schedule of payments as follows:

**Special Assessment:** $100.00 to be paid to the Clerk of the Court
**Fine:** Waived
**Restitution:** N/A

It is further ordered that the Defendant will notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are paid.

The following Counts have been dismissed:     NA

**JUDICIAL RECOMMENDATION TO THE BUREAU OF PRISONS:**     NA

Date of Imposition of Sentence: May 28, 2021

___/S/_____
Jeffrey A. Meyer, United States District Judge

Date: June 1, 2021

**CERTIFIED AS A TRUE COPY ON THIS DATE:** May \_\_\_\_ , 2021

By: _____
      Donna Barry, Deputy Clerk

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____ a _____, with a certified copy of this judgment.

                                                         Lawrence Bobnick
                                          Acting United States Marshal

                              By                                              Deputy Marshal